UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK,<br><br>       Plaintiff,<br><br>       v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>       Defendant. | CIVIL ACTION NO.<br><br>**04 MBD 10079**<br><br>**AFFIDAVIT OF PETER J. PIZZI IN SUPPORT OF REGISTRATION OF FOREIGN JUDGMENT** |

STATE OF NEW JERSEY   )
                                )SS:
COUNTY OF ESSEX        )

    **PETER J. PIZZI**, being duly sworn, deposes and says:

    1.   I am an attorney-at-law of the State of New Jersey and I am a member of the law firm of Connell Foley LLP, 85 Livingston Avenue, Roseland, New Jersey. I am counsel to Walter R. Krzastek, plaintiff and Judgment creditor in the action captioned <u>Walter R. Krzastek v. Modern Continental Construction Co., Inc.</u>, United States District Court, District of New Jersey, Case Number 03-CV-5698 (JAP/MCA) (the "Action"). I submit this Affidavit in support of plaintiff's request for registration of a foreign judgment.

    2.   The Action was commenced in the United States District Court for the District of New Jersey, and Final Judgment was entered against the above-referenced defendant on February 10, 2004 in the sum of three million one-hundred thirty-eight thousand, seven hundred and fifty dollars ($3,138,750.00) (the "Judgment").

1453822-01

Attached hereto as Exhibit A is a certified copy of the Final Judgment.

3. The Judgment is unsatisfied in its entirety and the amount remaining unpaid is $3,138,750.00, plus interest and costs of collection, from February 10, 2004.

4. Enforcement of the Judgment has not been stayed by any order or court.

5. Set forth below is the name and address of the Judgment debtor:

>Modern Continental Construction Co., Inc.
>600 Memorial Drive
>Cambridge, Massachusetts 02139.

_____
Peter J. Pizzi

Sworn and subscribed to before me this 10 day of March, 2004

_____
Notary Public
State of New Jersey

**NORA M. WELTEN**
A Notary Public of New Jersey
My Commission Expires March 31, 2006

1453822-01