%AO 451,_ (Rev. 12793) Certification of Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**04 MBD 10079**

WALTER R. KRZASTEK,

    Plaintiff,

- against -

MODERN CONTINENTAL CONSTRUCTION CO., INC.,

    Defendant.

CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

Case Number: 03-CV-5698 (JAP/MCA)

I, **WILLIAM T. WALSH** Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment dated **February 9, 2004** and entered in this action on **February 10, 2004** as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.**

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

_March 10, 2004_
Date

**WILLIAM T. WALSH**
Clerk

_(signature)_
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed "....no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(t) of the Federal Rules of Appellate Procedure (t) have been disposed of, the latest order disposing of such a motion having been entered on [date]........ an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(tNom: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

1453786-01

**FILED**

Peter J. Pizzi (PP6500)
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff,
Walter R. Krzastek

FEB ? 2004 AT 8:30
WILLIAM T. WALSH
CLERK

RECEIVED
WILLIAM T. WALSH, CLERK
2004 JAN 12 P 6:44

UNITED STATES
DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALTER R. KRZASTEK,

    Plaintiff,

- against -

MODERN CONTINENTAL CONSTRUCTION CO., INC.,

    Defendant.

CIVIL ACTION NO. 03-CV-5698 (JAP/MCA)

**FINAL JUDGMENT**

    This matter having been opened to the Court by plaintiff Walter Krzastek ("Krzastek"), by his attorneys, Connell Foley LLP (Peter J. Pizzi appearing), seeking the entry of final judgment by default against defendant Modern Continental Construction Co. ("Modern"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on November 26, 2003, seeking damages as a result of the breach of an employment contract between Krzastek and Modern; and service of a copy of the Summons and Complaint having been effectuated with respect to defendant by service upon their registered agent for service of process in New Jersey, Corporation Trust Company, 820 Bear Tavern Road, Trenton, New Jersey on December 8, 2003; and the time for answering the Complaint having expired; and Modern, having not been granted an

1443575-01

extension of time within which to interpose an answer, failed to interpose an answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Modern on December 31, 2003 for the failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this _9th_ day of _February_, 2004,

**ORDERED, ADJUDGED AND DECREED** that plaintiff Walter R. Krzastek shall have judgment against defendant Modern Continental Construction Co. in the total amount of three million one-hundred thirty-eight thousand, seven hundred and fifty dollars and no cents ($3,138,750.00).

---
HON. JOEL A. PISANO, U.S.D.J.

Certified as a true copy on
This Date: 2/13/04
By_____
( ) Clerk
(X) Deputy

2004 FEB -9  P 4: 00
UNITED STATES DISTRICT COURT
RECEIVED
WILLIAM T. WALSH, CLERK

1443575-01                    2