UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK,            )<br>                                                      )<br>           Plaintiff,                     )<br>                                                      )<br> v.                                              )<br>                                                      )<br> MODERN CONTINENTAL       )<br> CONSTRUCTION CO., INC.,    )<br>                                                      )<br>           Defendant.                   )<br>                                                      ) | Miscellaneous Business Docket<br>No. 1:04-mc-10079 |

## ORDER

There came before the Court Defendant's Emergency Motion to Temporarily Stay Execution, and said Motion having been duly HEARD and CONSIDERED, it is hereby ORDERED and ADJUDGED:

1. That payment of the default judgment by Fleet Bank pursuant to the Trustee Execution dated March 25, 2004 (the "Trustee Execution") be stayed for a limited period of time not to exceed ___ days; and

2. That the Court will hear further motions with respect to the validity of the Trustee Execution, in the event that this Court and/or the District Court for New Jersey denies Defendant's to-be-filed motion for relief from judgment.

_____
Honorable Nancy Gertner, District Judge

#479906 v1