## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TRUSTEE EXECUTION**　　　　　　　　　MBD　　ACTION NO. 04-MC-10079

To the United States Marshal for the District of Massachusetts or either of her Deputies and to John Keough, Special Process Server:

WHEREAS Walter R. Krzastek has recovered judgment against Modern Continental Construction Co., Inc. on the 10th day of February, 2004, for the sum of $ 3,138,750.00, debt or damage, pre-judgment interest in the amount of $_____, and costs of this suit in the amount of $_____; and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of Fleet Bank of 100 Federal Street, Boston, MA 02110 trustee of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 3,138,750.00, in the whole, with interest thereon at the rate of 1.24% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 25 day of March, 2004.

SEAL

By: _____
　　　　USDJ

[writexec.]