MA SOC    Filing Number: 200322487020    Date: 07/23/2003 4:38:00 PM

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Leeann K. Kelly-Judd, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

ADD
sec party

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME

Modern Continental Construction Co., Inc.

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 Memorial Drive | Cambridge | MA | 02139 | U.S.A. |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Massachusetts | 1g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | □ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

St. Paul Fire and Marine Insurance Company

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's now owned and hereinafter acquired right, title and interest in and to all property in which Debtor has granted to Secured Party a security interest pursuant to that certain General Agreement of Indemnity, dated March 22, 1999, attached hereto and made a part hereof (the "General Indemnity Agreement," which term shall include any and all amendments, addendums, modifications, replacements, restatements and supplements thereto), including, without limitation, the property described in Section 12 of the General Indemnity Agreement, and all identifiable proceeds thereof.

5. ALTERNATIVE DESIGNATION [if applicable]: □ LESSEE/LESSOR  □ CONSIGNEE/CONSIGNOR  □ BAILEE/BAILOR  □ SELLER/BUYER  □ AG. LIEN  □ NON-UCC FILING

6. □ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  □ All Debtors  □ Debtor 1  □ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

To be filed with the Massachusetts Secretary of State.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
NATUCC1 3/4/01 C T System Online

40567-1-578371

COPY

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

  Leeann K. Kelly-Judd, Esquire
  Piper Rudnick LLP
  6225 Smith Avenue
  Baltimore, Maryland 21209

**RECEIVED**

JUL 2 3 2003

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

1a. ORGANIZATION'S NAME
Modern Continental Construction Co., Inc.

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 Memorial Drive | Cambridge | MA | 02139 | U.S.A. |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Massachusetts | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
St. Paul Fire and Marine Insurance Company

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

All of Debtor's now owned and hereinafter acquired right, title and interest in and to all property in which Debtor has granted to Secured Party a security interest pursuant to that certain General Agreement of Indemnity, dated March 22, 1999, attached hereto and made a part hereof (the "General Indemnity Agreement," which term shall include any and all amendments, addendums, modifications, replacements, restatements and supplements thereto), including, without limitation, the property described in Section 12 of the General Indemnity Agreement, and all identifiable proceeds thereof.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum  [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
  To be filed with the Massachusetts Secretary of State.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR  Modern Continental Construction Co., Inc.

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (11a or 11b) – do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME – insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR  Seaboard Surety Company

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

**9a. ORGANIZATION'S NAME**
Modern Continental Construction Co., Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — insert only one name (11a or 11b) — do not abbreviate or combine names**

OR

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME — insert only one name (12a or 12b)**

OR

**12a. ORGANIZATION'S NAME**
St. Paul Guardian Insurance Company

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCC1 3/4/01 C T System Online

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR   Modern Continental Construction Co., Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR   St. Paul Mercury Insurance Company

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years.

☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| Modern Continental Construction Co., Inc. | | |
| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — insert only one name (11a or 11b) — do not abbreviate or combine names**

OR

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME — insert only one name (12a or 12b)**   ☐ NONE

OR

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| United States Fidelity and Guaranty Company | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| OR | **9a. ORGANIZATION'S NAME**<br>Modern Continental Construction, Co., Inc. |
| | **9b. INDIVIDUAL'S LAST NAME**    FIRST NAME    MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | **11a. ORGANIZATION'S NAME** | | | |
| | **11b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

| **11c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| **11d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID #, if any** | □ NONE |
|---|---|---|---|---|---|
| | | | | | |

**12. ☒ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME** – insert only one name (12a or 12b)

| | |
|---|---|
| OR | **12a. ORGANIZATION'S NAME**<br>Fidelity and Guaranty Insurance Underwriters, Inc. |
| | **12b. INDIVIDUAL'S LAST NAME**    FIRST NAME    MIDDLE NAME    SUFFIX |

| **12c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

**18.** Check only if applicable and check only one box.
□ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | Modern Continental Construction Co., Inc. |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME  MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one name (11a or 11b) – do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | |
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |
| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any  ☐ NONE |

12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME – insert only one name (12a or 12b)

| | | | |
|---|---|---|---|
| 12a. ORGANIZATION'S NAME | Fidelity and Guaranty Insurance Company | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS  5801 Centennial Way | CITY  Baltimore | STATE  MD  POSTAL CODE  21209 | COUNTRY  U.S.A. |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| OR | Modern Continental Construction Co., Inc. |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME -- insert only one name (11a or 11b) -- do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | |
| OR | | | | |
| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE |

12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME -- insert only one name (12a or 12b)

| | | | | |
|---|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | | |
| OR | Northern Indemnity, Inc. | | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction --- effective 30 years
☐ Filed in connection with a Public-Finance Transaction --- effective 30 years.

FILING OFFICE COPY --- NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR | Modern Continental Construction Co., Inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one name (11a or 11b) – do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**12.** ☒ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME** – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR | Seaboard Surety Company of Canada

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of a RECORD OWNER of above-described real estate** (if Debtor does not have a record interest):

**17. Check only if applicable and check only one box.**

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY —. NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR | Modern Continental Construction Co., Inc.

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one name (11a or 11b) – do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** – insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR | Afianzadora Insurgentes, S.A. de C.V.

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
NATUCCI 5/4/01 C T System Online

**EXHIBIT A**

**ATTACHED HERETO**

**The St Paul**

## ADDENDUM #1 TO GENERAL AGREEMENT OF INDEMNITY

This Addendum to the General Agreement of Indemnity, entered in favor of SURETY (as such term is defined in the General Agreement of Indemnity to which this Addendum is attached), is entered into by Modern Continental Companies ,Inc.,Modern Continental Construction Holding Co., Inc. ,Modern Continental South , Inc. ,Modern Continental Equipment Co. ,Inc. ,Modern Continental Enterprises ,Inc.,Ristorante Marino ,Inc., Modern Continental Marine ,Inc. ,Modern Continental Health Company ,Inc. ,Harbor Cruises LLC Construction Company ,Inc., Modern Continental Constresces Ltda. ,Harbor Cruises LLC ,Paul Revere Transportation LLC ,Modern Continental Industries Holding Company ,Inc. ,Lelio Marino             (hereinafter collectively referred to as ~Existing      Undersigned")    and    Spearin,    Preston    &    Burrows    ,Inc. (hereinafter referred to as "New Undersigned") this

16 day of _MARCH_____ _2000____ .

WHEREAS, the Existing Undersigned entered into a General Agreement of Indemnity for the benefit of SURETY on or about _ March 22_____ , 1999 ___ (hereinafter the "General Agreement of Indemnity"); and

WHEREAS, the New Undersigned desires to become an additional party, as an Undersigned, to the General Agreement of Indemnity; and

WHEREAS, the Existing Undersigned desires to include the New Undersigned as an Undersigned to the General Agreement of Indemnity; and

WHEREAS, SURETY is agreeable, in exchange for good and valuable consideration, to add the New Undersigned as an Undersigned to the General Agreement of Indemnity.

NOW, THEREFORE, the Existing Undersigned, the New Undersigned and SURETY agree as follows:

1.    The New Undersigned is a party to the General Agreement of Indemnity, in the capacity of Undersigned (as defined in the General Agreement of Indemnity), for all Bonds executed or procured on or after _March 1_____ , 2000 ___, on behalf of the Contractor (as defined in the General Agreement of Indemnity) or the Undersigned. Further, this Addendum shall apply to any and all such Bonds executed or procured by SURETY, whether or not there shall be any written application for such Bonds, on behalf of the Undersigned or the Contractor.

2.    It is understood and agreed that the New Undersigned, as a party to the General Agreement of Indemnity, assumes all the obligations and responsibilities of an Undersigned

Addendum #1 page 1 of 5

F.Nr443603.DOC

under such Agreement for all such Bonds executed or procured on behalf of the Undersigned or the Contractor, and all such obligations and responsibilities shall continue until SURETY is released from its obligations under all said Bonds.

3.    This Addendum shall not take effect unless and until every and all of the Undersigned to the General Agreement of Indemnity shall approve such Addendum by way of signature affixed hereto.

4.    It is further understood that this Addendum is to be attached to and become a part of the General Agreement of Indemnity and that such Agreement shall remain in full force and effect except as herein modified.

ATTEST:                                SPEARIN , PRESTON & BURROWS ,INC.

_____               By: _____
Charles Madden , Secretary                     Lelio Marino , President

                                      600 Memorial Drive , Cambridge , Ma. .02139

                                      Tax I.D. Number: __04-3502316___

ATTEST:                                MODERN CONTINENTAL COMPANIES,INC.

_____               By: _____
Peter M. Grela , Assistant Secretary        Lelio Marino
                                              Title: President

WITNESS:                               [INDIVIDUAL INDEMNITOR]

_____                _____
Peter M. Grela                              Name:  Lelio Marino
WITNESS:                               SEABOARD SURETY COMPANY
                                       ST. PAUL FIRE AND MARINE INSURANCE
                                       .COMPANY
                                       ST. PAUL GUARDIAN INSURANCE COMPANY
                                       ST. PAUL MERCURY INSURANCE COMPANY
                                       UNITED STATES FIDELITY AND GUARANTY
                                       COMPANY
                                       FIDELITY AND GUARANTY INSURANCE
                                       UNDERWRITERS, INC.
                                       FIDELITY AND GUARANTY INSURANCE
                                       COMPANY

_____                By: _____
                                          Authorized Representative
                                          DONALD H. MCCARTER ,
                                          ATTORNEY IN FACT

                            ADDENDUM #1 PAGE 2 OF 5

F:\SPEARIN.DOC

**The St Paul** *Surety*

**GENERAL AGREEMENT OF INDEMNITY**
Signature Page

THIS ADDENDUM #1 IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF INDEMNITY
DATED March 22, 1999

ATTEST(S):          CORPORATE INDEMNITOR(S):

_____          Modern Continental Construction Holding Co., Inc.
(Signature - to be signed by a Corporate Officer)          (Company Name)

                                   By: _____
                                        (Signature)

Peter M. Greis , Assistant Secretary          Lelio Marino , President
(Print or Type Name and Title)          (Print or Type Name and Title)

_____          Modern Continental Enterprises , Inc.
Peter M. Greis , Assistant Secretary          By: _____

                                   Lelio Marino , President

_____          Modern Continental South , Inc.
(Signature - to be signed by a Corporate Officer)          (Company Name)

                                   By: _____
                                        (Signature)

Peter M. Greis , Assistant Secretary          Donald   White , President
(Print or Type Name and Title)          (Print or Type Name and Title)

_____          Abingnate Nation Inc.
Peter M. Greis , Assistant Secretary          
                                   By: Lelio Marino , President

_____          Modern Continental Equipment Co. , Inc.
(Signature - to be signed by a Corporate Officer)          (Company Name)

                                   By: _____
                                        (Signature)

Peter M. Greis , Assistant Secretary          Lelio Marino , President
(Print or Type Name and Title)          (Print or Type Name and Title)

_____          Modern Continental Marine , Inc.
Peter M. Greis , Assistant Secretary          _____
                                   Lelio Marino , President

Addendum #1 Page 3 of 5

86133  Rev. 02-2000 Printed in U.S.A.

**TheStPaul**     GENERAL AGREEMENT OF INDEMNITY

Surety         Signature Page

THIS ADDENDUM #1 IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF INDEMNITY
DATED March 27, 1992

ATTEST:     CORPORATE INDEMNITOR(S):

_(Signature - to be signed by a Corporate Officer)_

Peter M. Grela , Assistant Secretary
_(Print or Type Name and Title)_

Peter M. Grela , Assistant Secretary

Madera Continental Health , Inc.
_(Company Name)_

By: _____

_(Signature)_

Lelio Marino , President

Madera Continental Industries Holding Company , Inc.

By: Lelio Marino , President

_(Signature - to be signed by a Corporate Officer)_

Peter M. Grela , Assistant Secretary
_(Print or Type Name and Title)_

Madera Continental Construction Co. , Inc.
_(Company Name)_

By: _____

_(Signature)_

Lelio Marino , President
_(Print or Type Name and Title)_

_(Signature - to be signed by a Corporate Officer)_

Peter M. Grela , Assistant Secretary
_(Print or Type Name and Title)_

Madera Continental Constructors , Ltda.
_(Company Name)_

By: _____

_(Signature)_

Lelio Marino , President
_(Print or Type Name and Title)_

Addendum #1 page 4 of 5

80133 Rev. 02-2000 Printed in U.S.A.

The **StPaul** Surety

**GENERAL AGREEMENT OF INDEMNITY**
Signature Page

THIS ADDENDUM #1 IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF
INDEMNITY DATED March 22, 1999

WITNESS(ES):

LLC OR TRUST INDEMNITOR(S):

Harbor Cruises LLC
_____
(Name of LLC or Trust)

_____
(Signature)

_____
(Signature)
Peter M. Grein, Managing Member
(Print or Type Name)

LeHo Marino, Managing Member
(Print or Type Name and Title)

Address: _____

Address: _____

_____

Tax I.D. _____

Paul Revere Transportation LLC
_____
(Name of LLC or Trust)

_____
(Signature)

_____
(Signature)
Peter M. Grein, Managing Member
(Print or Type Name)

LeHo Marino, Managing Member
(Print or Type Name and Title)

Address: _____

Address: _____

_____

Tax I.D. _____

_____
(Name of LLC or Trust)

_____
(Signature)

_____
(Signature)

_____
(Print or Type Name)

_____
(Print or Type Name and Title)

Address: _____

Address: _____

_____

Tax I.D. _____

Addendum #1 page 5 of 5

86195 Rev. 02-2000 Printed in U.S.A.



**St Paul**
*Surety*

Seaboard Surety Company
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company
Economy Fire & Casualty Company
United States Fidelity and Guaranty Company
Fidelity and Guaranty Insurance Underwriters, Inc.
Fidelity and Guaranty Insurance Company
Northern Indemnity, Inc.
Seaboard Surety Company of Canada
Afianzadora Insurgentes, S.A. de C.V.

## GENERAL AGREEMENT OF INDEMNITY

WHEREAS, the UNDERSIGNED:

Modern  Continental Companies,Inc.

Modern Continental Construction Holding Co.,Inc.

Modern Continental South, Inc.

Modern Continental Equipment Co.,Inc.

Modern Continental Enterprises,Inc.

and those Indemnitors listed on Attachment A .

or any partnership, association, corporation, successor, assign, affiliate, any related entity, subsidiary and/or division of the UNDERSIGNED whether now existing or hereafter formed or acquired (hereinafter collectively called UNDERSIGNED) may from time to time request Seaboard Surety Company and/or St. Paul Fire and Marine Insurance Company and/or St. Paul Guardian Insurance Company and/or St. Paul Mercury Insurance Company and/or Economy Fire & Casualty Company and/or United States Fidelity and Guaranty Company and/or Fidelity and Guaranty Insurance Underwriters, Inc. and/or Fidelity and Guaranty Insurance Company and/or Northern Indemnity, Inc. and/or Seaboard Surety Company of Canada, and/or Afianzadora Insurgentes, S.A. de C.V., and/or any and all affiliates, subsidiaries, divisions, successors, assigns, co-sureties, and/or reinsurers (hereinafter collectively called SURETY) to execute as surety or guarantor, or procure the execution of, certain surety bonds, undertakings, guaranties, stipulations or other obligatory agreements (all such agreements being hereinafter collectively called BONDS); and

WHEREAS, the UNDERSIGNED by executing this Agreement represent that they have a material and beneficial interest in the obtaining of such BONDS by each of the CONTRACTORS.

NOW, THEREFORE, in consideration of the execution of any one or more such BONDS, the UNDERSIGNED, for themselves, their respective personal representatives, successors and assigns, jointly and severally, covenant and agree, with respect to all BONDS heretofore or hereafter executed for the CONTRACTOR, that:

1. This Agreement binds each UNDERSIGNED to SURETY with respect to all BONDS executed or procured for any UNDERSIGNED executing this Agreement and for any CONTRACTOR as defined below. If any BOND or BONDS shall be executed or procured for any Joint Venture to which any CONTRACTOR is or may become a party, the liability and obligations of the UNDERSIGNED to the SURETY shall be the same as if such BOND or BONDS had been executed for the CONTRACTOR acting alone, notwithstanding any agreement between or among the Joint Venturers. CONTRACTOR as used in this Agreement shall mean any UNDERSIGNED and any other person who obtains BONDS from the SURETY at the request of the UNDERSIGNED.

2. If the SURETY shall decline to execute, or procure execution of, any BOND for which application hereafter may be made, no claim shall be made against the SURETY in consequence of such declination; nor shall any claim be made against the SURETY if any executed BOND is not accepted by or on behalf of the Obligee. If the SURETY executes or procures execution of a Bid or Proposal BOND or Consent of Surety to the issuance of BONDS, it may decline to execute or procure execution of any BONDS required in connection with any award made under the proposal for which such Bid or Proposal BOND or Consent of Surety to the issuance of BONDS is given and such declination shall not diminish or alter the liability of the UNDERSIGNED with respect to such Bid or Proposal BOND or Consent of Surety.

3. This Agreement shall apply to any and all BONDS requested by the CONTRACTOR, whether or not such BONDS were executed before or following the date of this Agreement and, further, this Agreement shall apply to any and all BONDS executed, or the execution of which has been procured, by the SURETY for any CONTRACTOR, whether or not there shall be any written application therefor executed by one or more of the UNDERSIGNED.

4. The terms of this Agreement shall also inure to the benefit of the SURETY and any other surety from which the SURETY procures or has procured the execution of any such BONDS from time to time.

5. The UNDERSIGNED will pay in advance the premiums for all such BONDS executed or procured for the CONTRACTOR and any additional premiums accruing in respect thereof, in accordance with the SURETY'S Manual of rates applicable thereto.

6.    The UNDERSIGNED will indemnify the SURETY and hold it harmless from and against all liability, losses, costs, damages, attorneys' fees, disbursements and expenses of every nature which the SURETY may sustain or incur by reason of, or relating to, having executed or procured the execution of any such BOND, or that may be sustained or incurred by reason of making any investigation of any matter, or prosecuting or defending any action in connection with any such BOND, or recovering any salvage or enforcing any provision of this Agreement.    The UNDERSIGNED shall pay to the SURETY all money which the SURETY or its representatives may pay or cause to be paid and shall pay to the SURETY such sum as may be necessary to exonerate and hold it harmless with respect to any liability which may be asserted against the SURETY as soon as liability exists or is asserted against the SURETY, whether or not the SURETY shall have made any payment therefor.  In the event of any payment by the SURETY, the UNDERSIGNED further agree that in any accounting between the SURETY and the UNDERSIGNED, the SURETY shall be entitled to charge for any and all disbursements made by it in good faith under the belief that it is or was liable for the sums and amounts so disbursed, or that it was necessary or expedient to make such disbursements, whether or not such liability, necessity or expediency existed.  As used herein, "payments made in good faith" shall be deemed to include any and all payments made by the SURETY except those made with deliberate and willful malfeasance.  The SURETY, in its sole discretion, from time to time may advance funds to or for the account of any CONTRACTOR for or relating to the completion of the work under any contract in connection with which it has executed or may execute a BOND or BONDS (hereinafter sometimes referred to as BONDED CONTRACT), and for the discharge of obligations incurred in connection therewith or relating thereto, and such advances shall be deemed "losses" under the terms of this Agreement whether or not such advances have been so used by the CONTRACTOR.

7.    If the SURETY shall set up a reserve to cover any contingent claim or claims, losses, costs, attorneys' fees and/or other expenses in connection with any such BOND, the UNDERSIGNED, within ten (10) days after transmittal of written demand by the SURETY, shall pay to the SURETY current funds in an amount equal to such reserve, and any subsequent increase thereof, such funds to be held by the SURETY as collateral, in addition to the indemnity afforded by this Agreement, with the right to use the same or any part thereof, at any time, in payment or compromise of any judgment, claim, liability, loss, damage, attorneys' fees and disbursements or other expenses. Transmittal of written demand by the SURETY to the UNDERSIGNED shall be deemed sufficient if sent by certified mail to the UNDERSIGNED at the address given herein or last known to the SURETY. SURETY shall have no obligation to invest, or provide a return on, the collateral deposit to be made by the UNDERSIGNED hereunder.  The UNDERSIGNED shall be entitled to the return of any unused portion of the collateral deposit upon termination of the liability of the SURETY on the BONDS and the performance by the UNDERSIGNED of all obligations to the SURETY under the terms of this Agreement.

8.    The SURETY may settle or compromise any claim, liability, demand, suit or judgment upon any BOND or BONDS executed or procured by it, and any such settlement or compromise shall be binding upon the UNDERSIGNED.

9.    The vouchers or other evidence of payments made by the SURETY shall be *prima facie* evidence of the fact and amount of the liability of the UNDERSIGNED to the SURETY.

10.    All payments received for or on account of a BONDED CONTRACT shall be held as a trust fund in which the SURETY has an interest, for the payment of obligations incurred in the performance of such contract and for labor, materials, and services furnished in the prosecution of the work provided in such contract or any extension or modification thereof. Further, it is expressly understood and declared that all monies due and to become due under any such contract or contracts are trust funds, whether in the possession of the CONTRACTOR or otherwise, for payment of all such obligations in connection with any such contract or contracts for which the SURETY would be liable under any of such BONDS. It is further agreed that such trust funds inure to the benefit of the SURETY for any liability or loss it may have or sustain under any such BONDS, and this Agreement and declaration shall also constitute notice of such trust.

11.    The CONTRACTOR will furnish to the SURETY such information as it may request from time to time concerning any BONDED CONTRACT, and the CONTRACTOR hereby authorizes those with whom such contracts are made to furnish to the SURETY all information concerning such contracts and the work thereunder.  The SURETY from time to time until its liability with respect to all such contracts is terminated, and until it shall have been fully reimbursed for all loss and expense which it may have paid in connection therewith, may examine the books and records of the CONTRACTOR.  All persons, including credit reporting agencies, having or obtaining information concerning the financial affairs and operations of the UNDERSIGNED hereby are authorized and directed to disclose such information to the SURETY upon its request; and the SURETY and every such person hereby are released and discharged of any and all claims, liability and responsibility which they or any of them might otherwise incur or be subject to for or by reason of any such disclosure, or for or by reason of the disclosure by the SURETY to others of any information obtained by it from any source whatsoever.

12.    (A)  In the event (i) the CONTRACTOR shall breach, or default in or delay the performance of any BONDED CONTRACT; (ii) the CONTRACTOR shall fail promptly to discharge all obligations which might be claimable under any BOND executed in connection therewith or which might give rise to a lien or charge upon any unpaid contract balance or the property of an Obligee named in any such BOND; or (iii) any breach of the terms of this Agreement (hereinafter collectively referred to as "EVENT OF DEFAULT") shall occur, the UNDERSIGNED, and each of them, hereby assign and set over unto the SURETY, as of the date hereof, their right, title and interest in and to: (a)  All of the deferred payments and retained percentages, and all moneys and properties that may be, and that thereafter may become, payable to the CONTRACTOR on account of, and all claims and actions and causes of action relating to, such contract, or on account of or relating to extra work or materials supplied in connection therewith, as well as all other moneys or properties of the CONTRACTOR, hereby agreeing that such money and the proceeds of such payments, properties, claims, actions and causes of action shall be the sole property of the SURETY to be credited by it upon any sum due or to become due under the terms of this Agreement; (b) All supplies, tools, plant, equipment, and materials (whether completely manufactured or not), wherever located, which have been or hereafter may be purchased, used, or acquired for use, entirely or partly, in the performance of such contract, hereby agreeing that the SURETY and its authorized representatives are authorized to take possession of said supplies, tools, plant, equipment and materials and use and enjoy the title thereto and the possession thereof; and (c) All subcontracts relating to the work under such contract which have been or hereafter may be made, together with the materials embraced therein, and all surety bonds securing the performance of, or the discharge of obligations incurred in connection with, such subcontracts, hereby agreeing that the SURETY may enforce the same in the name of the CONTRACTOR, or otherwise.  In addition, in any such event aforesaid, the SURETY, at its option and in its sole discretion, may take possession of all or any part of the work under any or all BONDED CONTRACTS, and at the expense of the UNDERSIGNED complete, or cause the completion of, such work, or re-let, or consent to the re-letting or completion thereof; and in such event, may invite the Obligees, and the Obligees are authorized, to declare the CONTRACTOR in default under such contracts, any provisions thereof to the contrary notwithstanding.

spcindem.11/15/96

(B)   Upon the happening of an EVENT OF DEFAULT, the UNDERSIGNED authorize and empower the SURETY, or any person or persons designated by the SURETY, to execute in the name of the CONTRACTOR any agreements deemed necessary or desirable by the SURETY to provide absolute title to the SURETY of any funds, property and rights as are hereby assigned, transferred or conveyed; and the CONTRACTOR hereby authorizes the SURETY, or such person or persons designated by the SURETY, to take immediate possession of such funds, property, and rights, to collect such sums as may be due from the CONTRACTOR or other person, and to endorse, in the name of the CONTRACTOR, and to collect any checks, drafts, warrants and other agreements made and issued in payment of any such funds. Upon the happening of an EVENT OF DEFAULT, the SURETY shall have the right to take immediate possession of the supplies, tools, plant, equipment, and materials and to use, and consume, if necessary, the same in the performance of any BONDED CONTRACT by itself or by others. The SURETY is authorized to assert and prosecute any right or claim hereby assigned, transferred or otherwise conveyed in the name of the CONTRACTOR and to compromise and settle any such right or claim on such terms as it considers reasonable under the circumstances in its sole and absolute discretion, subject only to the requirement that it act in good faith, which shall be defined as the absence of deliberate or willful malfeasance. The SURETY may sell any property assigned to it pursuant to this Agreement at public or private sale, with or without notice, at any time or place, without incurring any liability of any kind. The SURETY may purchase any of the property at such sale. Neither the SURETY nor the Obligees shall incur any liability to any of the UNDERSIGNED in the exercise of the rights granted by this Section 12, except for deliberate and willful malfeasance.

13.   If it becomes necessary or advisable in the judgment of the SURETY to control, administer, operate or manage any or all matters connected with the performance of any BONDED CONTRACT for the purpose of attempting to minimize any loss to the SURETY, or for the purpose of discharging its obligations of suretyship, the UNDERSIGNED hereby expressly covenant and agree that such action on the part of the SURETY shall be entirely within its rights and remedies under the terms of this Agreement and as SURETY, and do hereby fully release and discharge the SURETY, in this connection, from liability for all actions taken by it or for its omissions to act, except for deliberate and willful malfeasance.

14.   In any action, suit or proceeding brought by the SURETY to enforce any of the covenants of this Agreement, the SURETY shall be entitled to receive from the UNDERSIGNED the costs and expenses, including attorneys' fees, incurred by the SURETY in connection therewith, and such costs and expenses may be included in any judgment or decree rendered against the UNDERSIGNED. Failure of the SURETY to pursue any remedy against any one or more of the UNDERSIGNED shall not effect a release of or waiver of any right against any other of the UNDERSIGNED. Separate suits against one or more of the UNDERSIGNED may be brought hereunder, and the bringing of suit, or recovery of judgment against one or more of the UNDERSIGNED upon any cause of action shall not prejudice or bar the bringing of suit and the recovery of judgment on the same cause of action against any other of the UNDERSIGNED, or against any or all of the UNDERSIGNED upon other causes of action, whether theretofore or thereafter arising.

15.   The UNDERSIGNED hereby waive notice of the execution of any BONDS and of the acceptance of this Agreement, and the UNDERSIGNED hereby waive all notice of any default, or any other act or acts giving rise to any claim under said BONDS, as well as notice of any and all liability of the SURETY under said BONDS, and any and all liability on their part hereunder, to the end and effect that the UNDERSIGNED shall be and continue to be liable hereunder, notwithstanding any lack of notice of any kind to which they otherwise might have been entitled and notwithstanding any defenses which they might otherwise have been entitled to assert with respect to any claims under the BONDS. The SURETY may, without notice to or knowledge of the UNDERSIGNED, assent to any change in such BONDS, and/or contracts referred to therein, and/or in the general conditions, plans and/or specifications accompanying said contracts, including, but not limited to, any change in the time for the completion of said contracts and to payments or advances thereunder before the same may be due, and assent to or take any assignment or assignments, execute or consent to the execution of any continuations, extensions or renewals of the BONDS and execute any substitute or substitutes therefor, with the same or different conditions, provisions and Obligees and with the same or larger or smaller penalties, and the UNDERSIGNED shall remain bound under the terms of this Agreement even though any such assent by the SURETY does or might substantially increase the liability of the SURETY and the UNDERSIGNED. The UNDERSIGNED waive notice of any act, fact or information coming to the notice or knowledge of the SURETY concerning or affecting its rights of liability under any such BOND or BONDS, or the UNDERSIGNED'S rights or liabilities hereunder.

16.   If the execution of this Agreement by any of the UNDERSIGNED shall be invalid for any reason, or if any of the UNDERSIGNED shall be released from his obligations hereunder, the terms and conditions hereof shall nevertheless be binding upon and continue in full force and effect as to the rest of the UNDERSIGNED. Nor shall it be a defense to any claim by the SURETY hereunder that it was to have procured additional indemnity or security, or that it has procured additional indemnity or security, or that it has released other indemnity or security in respect of any such BOND or BONDS.

17.   If any provision or provisions of this Agreement be void or unenforceable under the laws of any place governing its construction or enforcement, this Agreement shall not be void or vitiated thereby but shall be construed and enforced with the same effect as though such provision or provisions were omitted. All rights and remedies of the SURETY under this Agreement shall be cumulative, and the exercise of or failure to exercise any particular right or remedy at any time shall not be considered to be an election of remedy or a waiver of any other right or remedy. The rights, powers and remedies afforded the SURETY by the terms of this Agreement are in addition to, and not in lieu of, any and all other rights, powers, and remedies which the SURETY may have or acquire against the UNDERSIGNED or others whether by the terms of any other agreement or by operation of law.

18.   This Agreement constitutes both a security agreement to the SURETY and also a financing statement, in accordance with the provisions of the Uniform Commercial Code of every jurisdiction wherein such Code is in effect. The filing or recording of this Agreement shall be solely at the option of the SURETY, and may be filed by the SURETY without in any way subrogating, restricting or limiting the rights of the SURETY under this Agreement, under law or in equity. The failure to file this Agreement shall not release or excuse any of the obligations of the CONTRACTOR or UNDERSIGNED under this Agreement. The SURETY may add schedules to this Agreement, describing specific items of security covered by this Agreement. For the purpose of recording this Agreement, a photocopy acknowledged before a Notary Public to be a true copy hereof shall be regarded as an original. The SURETY, when recording this Agreement, may also prepare, execute, and file a UCC-1 form pursuant to the power of attorney granted to the SURETY under this Agreement.

spcindem.11/15/98

19.  The UNDERSIGNED hereby irrevocably constitute and appoint SURETY as their true and lawful attorney with the right, but not the obligation, to exercise all of the rights of the UNDERSIGNED assigned, transferred and conveyed to the SURETY in this Agreement; hereby giving and granting to the SURETY full power and authority to make, execute, endorse and deliver any agreements for the full protection intended to be given to the SURETY hereunder as the UNDERSIGNED might or could do.

20.  The UNDERSIGNED shall have no rights of indemnity or rights to recovery of any monies loaned by any of the UNDERSIGNED to any other of the UNDERSIGNED until all of the UNDERSIGNED'S obligations to the SURETY under this Agreement have been satisfied in full.

21.  As used in this Agreement, the singular includes the plural, and the plural the singular, and the masculine pronoun shall be read as feminine or neuter, as circumstances require; and the word "person" shall mean and include individuals, partnerships, corporations and any other form of legal entity and/or association.  This Agreement may be executed in several counterparts, each of which shall be an original and all of which together shall constitute one agreement.

22.  Except as hereinafter in this paragraph provided, any of the UNDERSIGNED may, upon written notice by registered mail to St. Paul Surety, 6225 Centennial Way, Baltimore, MD, 21209-3653, Mailstop LB22, to be effective not less than twenty (20) days after receipt, limit his obligations under this Agreement to BONDS executed by the SURETY for the CONTRACTOR prior to the effective date of such notice; provided, however, that such notice shall not be effective with respect to any BOND or BONDS executed after such date (a) upon the award of a contract to the CONTRACTOR on a bid or proposal in respect of which the SURETY has executed and delivered a bid or proposal bond prior to such date, or (b) which the SURETY has become committed to execute prior to such date, or (c) in connection with any claim, lien, litigation, or other matter involving or relating to any BOND or BONDS executed prior to such date or thereafter executed as hereinbefore in (a) or (b) provided.  Such limitation of the obligations of any of the UNDERSIGNED shall not operate to limit the obligations of, or release, the rest of the UNDERSIGNED whether or not they have notice or knowledge thereof.

23.  The rights and remedies afforded the SURETY by the terms of this Agreement may not be waived or modified unless agreed to in a writing executed by the SURETY.   There have been no oral or other agreements as a condition precedent or inducement to the execution of this Agreement by any of the UNDERSIGNED.

24.  Except as permitted by SURETY through written consent, the UNDERSIGNED shall not, while any BOND or BONDS shall be outstanding and shall not have been released or discharged to the SURETY'S satisfaction, create any encumbrance affecting or diminishing in any way the rights of the SURETY as set forth in Section 12 of this Agreement and the SURETY'S priority with respect to such rights.

Dated this 22 day of _March, 1999_

**THE UNDERSIGNED REPRESENT TO THE SURETY THAT THEY HAVE CAREFULLY READ THIS ENTIRE AGREEMENT AND THAT THERE ARE NO OTHER AGREEMENTS OR UNDERSTANDINGS WHICH IN ANY WAY LESSEN OR MODIFY THE OBLIGATIONS SET FORTH HEREIN.**

---

| INSTRUCTIONS |
| --- |

*If a CONTRACTOR or any UNDERSIGNED is a CORPORATION, the corporate name should be set forth in full. The signature, printed name and title of the officer executing for the CORPORATION should be set out immediately below. The signature of the corporate officer should be attested to by the corporate secretary or other corporate officer. Also, a CORPORATION should attach a board of director resolution ratifying the officer's execution of this Agreement.  If a PARTNERSHIP, the firm name should be set forth in full, with the signature(s) of the partner(s) executing in its behalf set out immediately below.  EACH PARTNER should sign as an UNDERSIGNED. The address and Tax Identification Number or Social Security Number of each UNDERSIGNED should be entered in the spaces provided.*

*Failure to satisfy any or all of the instructions concerning execution of this Agreement shall not be deemed to be a waiver of any rights of the SURETY under this Agreement nor result in this Agreement being deemed void or otherwise invalid.*

---

**SIGNATURE OF ALL INDEMNITORS REQUIRED
SEE ATTACHED SIGNATURE PAGE(S)**

## GENERAL AGREEMENT OF INDEMNITY
### Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF INDEMNITY DATED

ATTEST(S):                                    CORPORATE INDEMNITOR(S):

Modern Continental Companies,Inc.
(Company Name)

By: _____          By: X _____ (SEAL)   NO SEAL
(Signature)                               (Signature)
Peter M. Grela, Assistant Secretary       Lelio Marino,President
(Print or Type Name and Title)            (Print or Type Name and Title)

                                      Address:  600 Memorial Drive

                                                Cambridge,Ma.,02139

                                      Tax I.D.  04-3116893


Modern Continental Construction Holding
(Company Name)

By: _____          By: X _____ (SEAL)   NO SEAL
(Signature)                               (Signature)
Peter M. Grela, Assistant Secretary       Lelio Marino, President
(Print or Type Name and Title)            (Print or Type Name and Title)

                                      Address:  600 Memorial Drive

                                                Cambridge,Ma.,02139

                                      Tax I.D.  04-3334427


Modern Continental South,Inc.
(Company Name)

By: _____          By: _____ (SEAL)   NO SEAL
(Signature)                               (Signature)  DON WHITE,  PRESIDENT
Peter M. Grela, Assistant Secretary       Lelio Marino , Chief Executive Officer
(Print or Type Name and Title)            (Print or Type Name and Title)

                                      Address:  1200 Woodruff Rd. Suite C-34

                                                Greenville,  South Carolina 29607

                                      Tax I.D.  57-1058766


Modern Continental Equipment Co.,Inc.
(Company Name)

By: _____          By: X _____ (SEAL)   NO SEAL
(Signature)                               (Signature)
Peter M. Grela, Assistant Secretary       Lelio Marino,President
(Print or Type Name and Title)            (Print or Type Name and Title)

                                      Address:  600 Memorial Drive

                                                Cambridge , Ma. , 02139

                                      Tax I.D.  04-3366711


Modern Continental Enterprises,Inc.
(Company Name)

By: _____          By: X _____ (SEAL)   NO SEAL
(Signature)                               (Signature)
Peter M. Grela , Assistant Secretary      Lelio Marino , President
(Print or Type Name and Title)            (Print or Type Name and Title)

                                      Address:  600 Memorial Drive

                                                Cambridge , Ma., 02139

                                      Tax I.D.  04-2626832

sig-corp.11/15/98

## GENERAL AGREEMENT OF INDEMNITY
### Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF INDEMNITY DATED

ATTEST(S):                                          CORPORATE INDEMNITOR(S):

By: _____                       Ristorante Marino, Inc.
(Signature)                                         (Company Name)

Peter M. Grela, Assistant Secretary                 By: X _____ (SEAL)   NO SEAL
(Print or Type Name and Title)                      (Signature)

                                                    Lelio Marino, President
                                                    (Print or Type Name and Title)

                                          Address:  2465 Massachusetts Ave.

                                                    Cambridge ,Ma. , 02140

                                          Tax I.D.  04-3118258


By: _____                       Modern Continental Marine, Inc.
(Signature)                                         (Company Name)

Peter M. Grela, Assistant Secretary                 By: X _____ (SEAL)   NO SEAL
(Print or Type Name and Title)                      (Signature)

                                                    Lelio Marino , President
                                                    (Print or Type Name and Title)

                                          Address:  600 Memorial Drive

                                                    Cambridge, Ma., Inc.

                                          Tax I.D.  04-3140554


By: _____                       Modern Continental Health , Inc.
(Signature)                                         (Company Name)

Peter M. Grela, Assistant Secretary                 By: X _____ (SEAL)   NO SEAL
(Print or Type Name and Title)                      (Signature)

                                                    Lelio Marino , President
                                                    (Print or Type Name and Title)

                                          Address:  2500 Massachusetts Ave.

                                                    Cambridge, Ma., 02140

                                          Tax I.D.  04-3196307


By: _____                       Modern Continental Construction Co., Inc
(Signature)                                         (Company Name)

Peter M. Grela, Assistant Secretary                 By: X _____ (SEAL)
(Print or Type Name and Title)                      (Signature)

                                                    Lelio Marino , President
                                                    (Print or Type Name and Title)

                                          Address:  600 Memorial Drive

                                                    Cambridge, Ma., 02139

                                          Tax I.D.  04-2440792


By: _____                       Modern Continental Construcoes  Ltda.
(Signature)                                         (Company Name)

Peter M. Grela, Assistant Secretary                 By: X _____ (SEAL)   NO SEAL
(Print or Type Name and Title)                      (Signature)

                                                    Lelio Marino , President
                                                    (Print or Type Name and Title)

                                          Address:  RUA 13 deMaio 255-Centro

                                                    Catanduva , S.P. 15800-000, Brazil

                                          Tax I.D.  Brazilian Partnership

sig-corp 11/15/98

## GENERAL AGREEMENT OF INDEMNITY
### Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF INDEMNITY DATED

ATTEST(S):

CORPORATE INDEMNITOR(S):

Modern Continental Industries Holding Co
(Company Name)

By: _____
(Signature)

By: _____ (SEAL)
(Signature)

Peter M. Grela , Assistant Secretary

Lelio Marino ,President

(Print or Type Name and Title)

(Print or Type Name and Title)

Address:   600 Memorial Drive

Cambridge , Ma.  02139

Tax I.D.   04-3423653

_____
(Company Name)

By: _____
(Signature)

By: _____ (SEAL)
(Signature)

_____
(Print or Type Name and Title)

_____ 
(Print or Type Name and Title)

Address:   _____

_____

Tax I.D.   _____

_____
(Company Name)

By: _____
(Signature)

By: _____ (SEAL)
(Signature)

_____
(Print or Type Name and Title)

_____ 
(Print or Type Name and Title)

Address:   _____

_____

Tax I.D.   _____

_____
(Company Name)

By: _____
(Signature)

By: _____ (SEAL)
(Signature)

_____
(Print or Type Name and Title)

_____ 
(Print or Type Name and Title)

Address:   _____

_____

Tax I.D.   _____

_____
(Company Name)

By: _____
(Signature)

By: _____ (SEAL)
(Signature)

_____
(Print or Type Name and Title)

_____ 
(Print or Type Name and Title)

Address:   _____

_____

Tax I.D.   _____

gig-corp.11/15/96

GENERAL AGREEMENT OF INDEMNITY
Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF
INDEMNITY DATED

WITNESS(ES):                                 LLC OR TRUST INDEMNITOR(S):

Harbor Cruises  LLC

_____
(Name of LLC or Trust)

_____                    1 X _____ (SEAL)   NO SEAL
(Signature)                                       (Signature)
Peter M. Grela ,Managing Member              Lelio Marino Managing Member

(Print or Type Name)                         (Print or Type Name and Title)

Address: 600 Memorial Drive                  Address: 600 Memorial Drive

Cambridge ,Ma.,02139                         Cambridge ,Ma.,02139

                                             Tax I.D. or Social Security No.  04-3079945

Paul Revere Transportation LLC

_____
(Name of LLC or Trust)

_____                    X _____ (SEAL)   NO SEAL
(Signature)                                       (Signature)
Peter M. Grela Managing Member               Lelio Marino Managing Member

(Print or Type Name)                         (Print or Type Name and Title)

Address: 600 Memorial Drive                  Address: 600 Memorial Drive

Cambridge Ma., 02139                         Cambridge ,Ma., 02139

                                             Tax I.D. or Social Security No.  04-3091595


                                             _____
                                             (Name of LLC or Trust)

_____                    _____ (SEAL)
(Signature)                                       (Signature)

_____                    _____
(Print or Type Name)                         (Print or Type Name and Title)

Address: _____                   Address: _____

_____                            _____

                                             Tax I.D. or Social Security No. _____


                                             _____
                                             (Name of LLC or Trust)

_____                    _____ (SEAL)
(Signature)                                       (Signature)

_____                    _____
(Print or Type Name)                         (Print or Type Name and Title)

Address: _____                   Address: _____

_____                            _____

                                             Tax I.D. or Social Security No. _____

GENERAL AGREEMENT OF INDEMNITY
Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE GENERAL AGREEMENT OF
INDEMNITY DATED

WITNESS(ES):                              INDIVIDUAL INDEMNITOR(S):

_____                 X _____ (SEAL)
(Signature)                               (Signature)
Peter M. Greia                            Lelio Marino , individually
(Print or Type Name)                      (Print or Type Name)

Address:    600 Memorial Drive            Address:    12 Hilltop Street

            Cambridge,Ma. ,02139                      Quincy, Ma. 02169

                                          Social Security No.  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


_____ (SEAL)          _____ (SEAL)
(Signature)                               (Signature)

_____                 _____
(Print or Type Name)                      (Print or Type Name)

Address: _____                Address: _____

         _____                         _____

                                          Social Security No. _____


_____ (SEAL)          _____ (SEAL)
(Signature)                               (Signature)

_____                 _____
(Print or Type Name)                      (Print or Type Name)

Address: _____                Address: _____

         _____                         _____

                                          Social Security No. _____


_____ (SEAL)          _____ (SEAL)
(Signature)                               (Signature)

_____                 _____
(Print or Type Name)                      (Print or Type Name)

Address: _____                Address: _____

         _____                         _____

                                          Social Security No. _____


_____ (SEAL)          _____ (SEAL)
(Signature)                               (Signature)

_____                 _____
(Print or Type Name)                      (Print or Type Name)

Address: _____                Address: _____

         _____                         _____

                                          Social Security No. _____

sig-ind.11/15/96



**The St Paul**
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the President and Assistant Secretary of Modern Continental Companies, Inc. ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the 22ᴺᴰ day of MARCH , 1999 , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the 22ᴺᴰ day of MARCH , 1999 , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am Asst. Secretary of Modern Continental Companies, Inc. that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the 22ᴺᴰ day of MARCH , 1999 in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this 22ᴺᴰ day of MARCH .
1999 .

_____ (SEAL)
(Signature)

Peter M. Grela , Assistant Secretary
(Print or Type Name and Title)



The St Paul
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the  President  and Assistant Secretary  of Modern Continental Const. Holding Co ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection  with its assuming suretyship as more fully described therein, said GENERAL  AGREEMENT OF INDEMNITY having been read at a meeting  on  the  22ᴺᴰ  day of MARCH  ,  1999 , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the  22ᴺᴰ day of  MARCH  , 1999 , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am  Asst .Secretary  of Modern Continental Const. Holding Co. In that the above Resolution is a true  and accurate  copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the 22ᴺᴰ day of  MARCH  ,  1999 , in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this 22ᴺᴰ day of  MARCH  , 1999

_____ (SEAL)
(Signature)

Peter M. Grela , Assistant Secretary
(Print or Type Name and Title)

reaI.cert. 11/15/98

**The St Paul**
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the **President** and **Assistant Secretary** of **GENERAL** **Modern Continental South ,Inc.** ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the _22nd_ day of _March_ , _1999_ , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the _22nd_ day of _March_ , _1999_ , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am **Asst Secretary** of Modern Continental South ,Inc. that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the _22nd_ day of _March_ , _1999_ in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this _22nd_ day of _March_ , _1999_.

_____ (SEAL)
(Signature)

Peter M. Grela ,Assistant Secretary
_____
(Print or Type Name and Title)

resol.cert.11/15/98



**The St Paul**
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the ___President___ and **Assistant Secretary** of ___Modern Continental Equipment Co Inc___ ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the __22ND__ day of __MARCH__, __1999__, and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the __22ND__ day of __MARCH__, __1999__, and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am ___Assist Secretary___ of Modern Continental Equipment Co., Inc. that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the __22ND__ day of __MARCH__, __1999__, in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this __22ND__ day of __MARCH__, __1999__.

_____ (SEAL)
(Signature)

Peter M. Grela, Assistant Secretary
(Print or Type Name and Title)



**The St Paul**
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the **President** and **Assistant Secretary** of **Modern Continental Enterprises, Inc.** ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the 22ND day of MARCH , 1999 , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the 22ND day of MARCH , 1999 , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am **Assist Secretary** of Modern Continental Enterprises, Inc. that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the 22ND day of MARCH , 1999 in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this 22ND day of MARCH , 1999.

_____ (SEAL)
(Signature)

Peter M. Grela , Assistant Secretary
_____
(Print or Type Name and Title)



## GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the ___President___ and ___Assistant Secretary___ of ___Modern Continental Marine, Inc.___ ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the _22nd_ day of _MARCH_ , _1999_ , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the _22nd_ day of _MARCH_ , _1999_ , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am _Asst Secretary_ of _Modern Continental Marine_ , Inc. that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the _22nd_ day of _MARCH_ , _1999_, in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this _22_ day of _MARCH_ , _1999_.

_____ (SEAL)
(Signature)

Peter M. Grela , Assistant Secretary
(Print or Type Name and Title)


**The St Paul**
*Surety*

**GENERAL AGREEMENT OF INDEMNITY**
**RESOLUTION AND CERTIFICATION**

WHEREAS, the   President   and Assistant Secretary   of
Ristorante Marino   ("Corporation") have executed a certain GENERAL
AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of
Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance
Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States
Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and
Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada,
Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now
existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter
referred to collectively as "SURETY," protecting it in connection   with its assuming suretyship as
more fully described therein, said GENERAL   AGREEMENT OF INDEMNITY having been
read at a meeting on the  22ND day of  MARCH , 1999 , and fully considered and
approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by
SURETY upon the warranty of the said officers that this Corporation had and continues to have such an
interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were
authorized as of the 22ND day of  MARCH . 1999 , and continue to be authorized, to execute
on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of
said officers of this Corporation who have already executed said GENERAL AGREEMENT OF
INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and
continues to have such an interest in said suretyship as to empower it to make said GENERAL
AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this
Corporation.

I hereby certify that I am  AsstSecretary   of Ristorante Marino
that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board
of Directors at a meeting duly called and held on the 22ND day of  MARCH , 1999,
in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this  22 day of  MARCH ,
1999.

_____(SEAL)
(Signature)

Peter M. Grela , Assistant Secretary
_____
(Print or Type Name and Title)



The**St.Paul**
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the **President** and **Assistant Secretary** of **Modern Continental Health, Inc.** ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the 22ᴺᴰ day of MARCH , 1999 , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the 22ᴺᴰ day of MARCH , 1999 , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY; and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am **Asst Secretary** of **Modern** that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the 22ᴺᴰ day of MARCH , 1999 , in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this 22ᴺᴰ day of MARCH , 1999 .

_____ (SEAL)
(Signature)

PETER M. BREEN     ASST CLERK)
(Print or Type Name and Title)           SECTY



## The St Paul
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the   President            and Assist. Secretary            of Modern Continental ConstructionCo.In ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the _22ND_ day of _MARCH_ , _1999_ , and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the _22ND_ day of _MARCH_ , _1999_ , and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am   Asst Secretary            of Modern Continental Construction Co. Inc. that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the _22ND_ day of _MARCH_ , _1999_ , in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this _22ND_ day of _MARCH_ , _1999_ .

_____ (SEAL)
(Signature)

Peter M. Grela, Assistant Secretary
_____
(Print or Type Name and Title)



**The St Paul**
*Surety*

### GENERAL AGREEMENT OF INDEMNITY
### RESOLUTION AND CERTIFICATION

WHEREAS, the **President** _____ and **Asst Secretary** _____ of **Modern Coat. Industries Holding Co In** ("Corporation") have executed a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire & Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., Fidelity and Guaranty Insurance Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read at a meeting on the 22ᴺᴰ day of MARCH , 1999, and fully considered and approved by the directors present; and

WHEREAS, the said GENERAL AGREEMENT OF INDEMNITY has been accepted by SURETY upon the warranty of the said officers that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that the said officers of this Corporation were authorized as of the 22ᴺᴰ day of MARCH , 1999, and continue to be authorized, to execute on behalf of this Corporation the said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said officers of this Corporation who have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Corporation.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Corporation had and continues to have such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Corporation.

I hereby certify that I am **Asst. Secretary** of **Modern Coat. Industries Holding Co. Inc.** that the above Resolution is a true and accurate copy of a resolution unanimously adopted by the Board of Directors at a meeting duly called and held on the 22ᴺᴰ day of MARCH , 1999, in the office of the said Corporation, at which meeting a quorum of the Directors was present.

IN WITNESS WHEREOF I have hereunto set my hand this 22ᴺᴰ day of MARCH , 1999.

_____ (SEAL)
(Signature)

Peter M. Grela ,Assistant Secretary
(Print or Type Name and Title)



**The St Paul**
*Surety*

GENERAL AGREEMENT OF INDEMNITY
UNANIMOUS CONSENT FOR LLC
(One Manager Designated)

We, the undersigned, being all of the members of Paul Revere Transportation LLC who would be entitled to vote upon the resolutions hereinafter set forth at a formal meeting of the members held for the purpose of acting upon such resolutions, do hereby consent to the adoption of the following resolutions to the same extent and to have the same force and effect as if adopted at a formal meeting of the members:

WHEREAS, Modern Continental Const. Co . Inc.          ,the Manager of this Limited Liability Company, has executed or will execute a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire and Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company , Fidelity and Guaranty Insurance Underwriters, Inc. , Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read by each member; and

WHEREAS, said GENERAL AGREEMENT OF INDEMNITY has been or will be accepted by SURETY upon the warranty of said Manager that this Limited Liability Company has such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that said Manager of this Limited Liability Company be, and is hereby, authorized to execute on behalf of this Limited Liability Company said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said Manager of this Limited Liability Company who may have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Limited Liability Company.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Limited Liability Company has such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Limited Liability Company.

THIS AGREEMENT may be executed in several counterparts, each of which shall be an original and all of which together shall constitute one agreement.

1999.     IN WITNESS WHEREOF I have hereunto set my hand this _____ day of ___MARCH___ .

SIGNATURE OF ALL MEMBERS REQUIRED
SEE ATTACHED SIGNATURE PAGE(S)

McGolden 11/15/98

UNANIMOUS CONSENT FOR LLC
Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE UNANIMOUS CONSENT FOR
THE Paul Revere Transporation  LLC DATED          .

WITNESS(ES):                                    MEMBER(S):

_____                           _____(SEAL)
(Signature)                                     (Signature)
                                                Alternate Concepts,Inc.
_____                           _____
(Print or Type Name)                            (Print or Type Name)

Address: _____                             Address: 99 Summer Street
_____                           Boston, MA
                                                Social Security No. 04-3043576 .

_____                           _____(SEAL)
(Signature)                                     (Signature)
                                                Modern Continental Construction Co. Inc.
_____                           _____
(Print or Type Name)                            (Print or Type Name)

Address: _____                             Address: 600 Memorial Drive
_____                           Cambridge, MA  02139
                                                Social Security No. 04-2440792

_____                           _____(SEAL)
(Signature)                                     (Signature)
                                                Nolan Associates
_____                           _____
(Print or Type Name)                            (Print or Type Name)

Address: _____                             Address: 1 Cordis Affair
_____                           Boston, MA. 02110
                                                Social Security No. 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

_____                           _____(SEAL)
(Signature)                                     (Signature)

_____                           _____
(Print or Type Name)                            (Print or Type Name)

Address: _____                             Address: _____
_____                           _____
                                                Social Security No. _____

_____                           _____(SEAL)
(Signature)                                     (Signature)

_____                           _____
(Print or Type Name)                            (Print or Type Name)

Address: _____                             Address: _____
_____                           _____
                                                Social Security No. _____

sig-mem 11/15/00



### GENERAL AGREEMENT OF INDEMNITY
### UNANIMOUS CONSENT FOR LLC
#### (One Manager Designated)

We, the undersigned, being all of the members of Harbor Cruises LLC _____ who would be entitled to vote upon the resolutions hereinafter set forth at a formal meeting of the members held for the purpose of acting upon such resolutions, do hereby consent to the adoption of the following resolutions to the same extent and to have the same force and effect as if adopted at a formal meeting of the members:

WHEREAS, Modern Continental Const Co Inc.          ,the Manager of this Limited Liability Company, has executed or will execute a certain GENERAL AGREEMENT OF INDEMNITY, a copy of which is attached hereto and made a part hereof, in favor of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Economy Fire and Casualty Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company , Fidelity and Guaranty Insurance Underwriters, Inc. , Northern Indemnity, Inc., Seaboard Surety Company of Canada, Afianzadora Insurgentes, S.A. de C.V. and all affiliated, associated, and subsidiary companies thereof, now existing or hereafter created, assumed or otherwise acquired, their successors and assigns, hereinafter referred to collectively as "SURETY," protecting it in connection with its assuming suretyship as more fully described therein, said GENERAL AGREEMENT OF INDEMNITY having been read by each member; and

WHEREAS, said GENERAL AGREEMENT OF INDEMNITY has been or will be accepted by SURETY upon the warranty of said Manager that this Limited Liability Company has such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY.

NOW, THEREFORE, BE IT RESOLVED that said Manager of this Limited Liability Company be, and is hereby, authorized to execute on behalf of this Limited Liability Company said GENERAL AGREEMENT OF INDEMNITY, and that the acts of said Manager of this Limited Liability Company who may have already executed said GENERAL AGREEMENT OF INDEMNITY are hereby unanimously ratified and confirmed as the acts of this Limited Liability Company.

BE IT FURTHER RESOLVED that the aforesaid warranty that this Limited Liability Company has such an interest in said suretyship as to empower it to make said GENERAL AGREEMENT OF INDEMNITY be, and it is hereby, ratified and confirmed as the warranty of this Limited Liability Company.

THIS AGREEMENT may be executed in several counterparts, each of which shall be an original and all of which together shall constitute one agreement.

IN WITNESS WHEREOF I have hereunto set my hand this 23rd day of MARCH

1999.

### SIGNATURE OF ALL MEMBERS REQUIRED
### SEE ATTACHED SIGNATURE PAGE(S)

McFadden 11/15/98

**UNANIMOUS CONSENT FOR LLC**
Signature Page

THIS PAGE IS ATTACHED TO, AND FORMS PART OF, THE UNANIMOUS CONSENT FOR
THE Harbor Cruises LLC DATED

WITNESS(ES):                                          MEMBER(S):

_____ (SEAL)

_____                            _____
(Signature)                                          (Signature)
                                                     Modern Continental Coast Co.Inc.
_____                            _____
(Print or Type Name)                                 (Print or Type Name)

Address: _____                Address:    600 Memorial Drive

         _____                            Cambridge Ma. 02139

                                          Social Security No. 04-2440792

                                          _____ (SEAL)  NO SSN

_____                            _____
(Signature)                                          (Signature)
                                                     Alternate Concepts Inc.
_____                            _____
(Print or Type Name)                                 (Print or Type Name)

Address: _____                Address:    89 Summer Street

         _____                            Boston, MA

                                          Social Security No.  04-3043576

                                          _____ (SEAL)  NO SSN

_____                            _____
(Signature)                                          (Signature)
                                                     Frederick L. Nolan III
_____                            _____
(Print or Type Name)                                 (Print or Type Name)

Address: _____                Address:    24 Small Ave

         _____                            Conn MA.

                                          Social Security No. 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

                                          _____ (SEAL)  NO SSN

_____                            _____
(Signature)                                          (Signature)
                                                     Christopher Nolan
_____                            _____
(Print or Type Name)                                 (Print or Type Name)

Address: _____                Address:    40 East Highland Ave

         _____                            Melrose, MA 02176

                                          Social Security No. 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

_____ (SEAL)                     _____ (SEAL)

_____                            _____
(Signature)                                          (Signature)

_____                            _____
(Print or Type Name)                                 (Print or Type Name)

Address: _____                Address:    _____

         _____                            _____

                                          Social Security No. _____

sig-mem 11/15/98

# ATTACHMENT A

Ristorante Marino, Inc.

Modern Continental Marine, Inc.

Modern Continental Health Company, Inc.

Modern Continental Construction Company, Inc.

Modern Continental Construcoes Ltda.

Harbor Cruises LLC

Paul Revere Transporation LLC

Modern Continental Industries Holding Company, Inc.

Lelio Marino