MA SOC    Filing Number: 200322551370    Date: 07/25/2003 1:43:00 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Leeann K. Kelly-Judd, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** — insert only one debtor name (1a or 1b) — do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| Modern Continental Construction Co., Inc. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 Memorial Drive | Cambridge | MA | 02139 | U.S.A. |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | Massachusetts | ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** — insert only one debtor name (2a or 2b) — do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) — insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| St. Paul Fire and Marine Insurance Company, as Agent | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**4.** This FINANCING STATEMENT covers the following collateral:

All of Debtor's right, title and interest in and to the property more particularly described on Exhibit A attached hereto and incorporated herein.

**5. ALTERNATIVE DESIGNATION** [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8.** OPTIONAL FILER REFERENCE DATA

To be filed with the Massachusetts Secretary of State.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECEIVED
JUL 25 2003
SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Leeann K. Kelly-Judd, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Modern Continental Construction Co., Inc. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 Memorial Drive | Cambridge | MA | 02139 | U.S.A. |

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION Massachusetts | 1g. ORGANIZATIONAL ID #, if any ☒NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** – insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| St. Paul Fire and Marine Insurance Company, as Agent | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5801 Centennial Way | Baltimore | MD | 21209 | U.S.A. |

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor's right, title and interest in and to the property more particularly described on Exhibit A attached hereto and incorporated herein.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG.LIEN ☐NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]     **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]     [optional]     ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

To be filed with the Massachusetts Secretary of State.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
NATUCC1 5/4/01 C T System Online

## EXHIBIT A TO FINANCING STATMENT

All of Debtor's now owned and hereafter acquired, created or arising:

(a)    Accounts, but excluding any Account that is not an Account arising on account of any Bonded Contract for so long as the Bank Group Loan Documents and the Note Purchase Documents are in effect. If the Bank Group Loan Documents and the Note Purchase Documents are no longer effective or have been terminated, then all Accounts ("Bonded Contract Accounts").

(b)    books and records evidencing or relating to the Bonded Contract Accounts or any account debtor (as defined under Article 9 of the Uniform Commercial Code) (including any rights of Debtor with respect to the foregoing maintained with or by any other person); and

(c)    Proceeds of the foregoing.

### Defined Terms

Accounts.  Deferred payments and retained percentages, and all moneys and properties that may be, and that hereafter may become payable, to Debtor on account of, and all claims and actions and causes of action relating to, a Bonded Contract, or on account of or relating to extra work or materials supplied in connection therewith.

Bond.  Each surety bond, undertaking, guaranty, stipulation or other obligatory agreement issued at any time for or on behalf of any Borrower Group Member or any of their affiliates under any Indemnity Agreement.

Bonded Contract or Bonded Contracts.  Each contract in connection with which any Surety has executed or may execute a Bond or Bonds.

Borrower Group.  Modern Continental Companies, Inc., Modern Continental Construction Holding Co., Inc., Modern Continental Construction Co., Inc., Modern Continental South, Inc., Independent Equipment Leasing, LLP, Modern Continental Construction Co. of New York, Inc., Modern Continental Construction Co. of California, Inc., Spearin, Preston & Burrows, Inc., Modern Continental Construcoes Ltda,, Mystic Landing, LLC, Modern Continental Securities Co., Inc., MC Financial Company, Modern Continental Parque Do Brazil Ltda, Modern Continental Enterprises (St. Lucia) Limited, Virgin Islands Fast Ferry Company, Inc., Modern Continental Kenmore Square, Inc., 333 Corporate Plaza, LLC, Modern Continental Industries Holding Co., Inc., Modern Continental Marine Co, Inc., Modern Continental Health Co., Inc., Ristorante Marino, Inc., Modern Continental Precast Co., Inc., Modern Continental Enterprises, Inc., a Massachusetts corporation, and Lelio Marino, an individual residing in Massachusetts. The Borrower Group includes the Debtor.

Borrower Group Member.  Any one or more members of the Borrower Group.

Indemnity Agreement.  Each of the General Indemnity Agreement, dated March 21, 1995, with the Modern Continental Companies, Inc., Modern Continental Construction Co., Inc., Lelio Marino and Kenneth Anderson; the Master Surety Agreement, dated September 29, 1995, with the Modern Continental Construction Co., Inc., Modern Continental Companies, Inc., Modern Continental

Enterprises, Inc., Modern Continental Marine Co., Inc., Ristorante Marino, Inc., Modern Continental Health Co., Inc., Lelio Marino and Kenneth Anderson; General Agreement of Indemnity, dated March 22, 1999, among Modern Continental Companies, Inc., Modern Construction, Modern Continental South, Inc., Modern Continental Equipment Co., Inc., Modern Continental Enterprises, Inc., Ristorante Marino, Inc., Modern Continental Marine, Inc., Modern Continental Health Company, Inc., Modern Continental Construction Company, Inc., Modern Continental Construcoes Ltda., Harbor Cruises LLC, Paul Revere Transportation LLC, Modern Construction Industries Holding Company, Inc., Lelio Marino, Lenders, Economy Fire & Casualty Company, Northern Indemnity, Inc., Seaboard Surety Company of Canada, and Afianzadora Insurgentes, S.A. de C.V., as amended by that certain Addendum # 1 to General Agreement of Indemnity, dated March 1, 2002, with Modern Continental Companies, Inc., Modern Construction, Modern Continental South, Inc., Modern Continental Equipment Co., Inc., Modern Continental Enterprises, Inc., Ristorante Marino, Inc., Modern Continental Marine, Inc., Modern Continental Health Company, Inc., Modern Continental Construction Co., Inc., Modern Continental Construcoes Ltda., Harbor Cruises LLC, Paul Revere Transportation LLC, Modern Construction Industries Holding Company, Inc., Lelio Marino and Spearin, Preston & Burrows, Inc.; the Collateral Agreement, dated January 13, 2003, between Modern Continental Construction Co., Inc. and Surety, and each other indemnity, underwriting or surety agreement among any Lender and/or any of the Borrower Group Members, whether or now or hereinafter existing, as each of the foregoing may be amended, modified or supplemented from time to time.

Surety or Sureties.  Each surety or co-surety under any Indemnity Agreement.

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Robin C. Krieger (410) 580-4000

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Robin C. Krieger, Esq.
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE#**
200322551370, initial financing statement filed on July 25, 2003

**1b.** This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT:** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 8.

**5.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY USA |
| 7d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.
All of Debtor's right, title and interest in and to the property more particularly described on Exhibit A attached hereto and incoporated herein

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Modern Continental Construction Co., Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
To be filed with the Massachusetts Secretary of the Commonwealth

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
NATUCC3 4/23/01 C T System Online

# EXHIBIT A TO UCC-3 AMENDMENT

### (Borrower)

All of Debtor's now owned and hereafter acquired, created or arising accounts (as defined in Article 9 of the Uniform Commercial Code) and equipment, but expressly excluding Debtor's right, title and interest in any fixtures (as defined in Article 9 of the Uniform Commercial Code (ie. goods that are affixed or attached to real property)) in which Debtor has granted a security interest and lien therein to or for the benefit of Fleet National Bank, as collateral agent for the benefit of the Bank Group Lenders and the Noteholders, and in each case regardless of where such property may be located and whether such property may be in the possession of Debtor, Secured Party or a third party, and, if any of such property may be held or stored with any third party, together with all of Debtor's rights now owned and hereafter acquired, created or arising relating to the storage, withdrawal and retrieval thereof and access thereto, and the proceeds therefrom.

### Definitions

As used in this Exhibit A, the defined terms below shall have the following meanings:

Bank Group Lenders.  Fleet National Bank, Sovereign Bank, Keybank National Association and each other lender that becomes a party to the Bank Loan Credit Agreement (as defined in the Security Agreement), and their successors or assigns.

Noteholders.  Nationwide Life Insurance Company, Nationwide Life and Annuity Insurance Company, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company, and each other holder a party to the Note Purchase Agreement, and their successors and assigns.

Security Agreement.  That certain Credit and Security Agreement (and Guaranty Agreement), dated July 24, 2003, among Debtor, certain subsidiaries and/or affiliates of Debtor, Secured Party and the lenders party thereto, as amended, restated, replaced, modified or supplemented from time to time.

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Robin C. Krieger (410) 580-4000

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Robin C. Krieger, Esq.
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE# | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 200322551370, initial financing statement filed on July 25, 2003 | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT:** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All of Debtor's right, title and interest in and to the property more particularly described on Exhibit A attached hereto and incorporated herein

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Modern Continental Construction Co., Inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA

To be filed with the Massachusetts Secretary of the Commonwealth

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
NATUCC3 4/23/01 C T System Online

41080-6-640101

## EXHIBIT A TO UCC-3 AMENDMENT

### (BORROWER)

All of Debtor's now owned and hereafter acquired, created or arising property described below, and in each case regardless of where such property may be located and whether such property may be in the possession of Debtor, Secured Party, or a third party, and, if any of such property may be held or stored with any third party, together with all of Debtor's rights now owned and hereafter acquired, created or arising relating to the storage, withdrawal and retrieval thereof and access thereto (all of which property described below and all such rights of storage, withdrawal, retrieval and access, in each case both now owned and hereafter acquired, created or arising, being referred to herein as "Debtor Collateral"):

(a)   Chattel Paper (as defined in Article 9); and

(b)   Deposit Accounts (as defined in Article 9); and

(c)   Commercial Tort Claims (as defined in Article 9) now or hereafter identified on Schedule 6.01 to the Credit Agreement; and

(d)   Documents (as defined in Article 9); and

(e)   Equipment (as defined in Article 9), together with all masts, boilers, cables, engines, machinery bowsprits, sails, rigging, boats, ships, barges, ferries, tug boats, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, equipment, radar, sonar, navigational devises and supplies, and all fishing and other appurtenances and accessories and additions, improvements and replacements and hull; and

(f)   Fixtures (as defined in Article 9);

(g)   General Intangibles (as defined in Article 9); and

(h)   Instruments (as defined in Article 9); and

(i)   Inventory (as defined in Article 9); and

(j)   Investment Property (as defined in Article 9); and

(k)   Letter-of-credit rights (as defined in Article 9) and all of Debtor's now owned and hereafter acquired, created or arising rights to the proceeds of any documentary credits; and

(l)   Moneys, securities and other property, now or hereafter held or received by, or in transit to, Secured Party, whether for safekeeping, pledge, custody, transmission, collection or otherwise, and any balances, sums and credits held by Secured Party at any time existing; and

(m)    Any tangible or intangible personal property that is not described within the other defined terms included within the definition of Debtor Collateral ("Debtor Other Personalty"); and

(n)    Products of Debtor Collateral, including any product or mass that results when any Goods (as defined in Article 9) that are Debtor Collateral become commingled goods; and

(o)    Books, records, documents, ledger cards, invoices, bills of lading and other shipping evidence, credit files, computer programs, tapes, discs, diskettes, and other data and software storage medium and devices, and other property and general intangibles evidencing or relating to Debtor Collateral (including any rights of Debtor with respect to the foregoing maintained with or by any other person); and

(p)    Proceeds (as defined in Article 9);

other than certain assets identified as Borrower Excluded Assets in the Credit Agreement.

<u>Definitions</u>

As used in this Exhibit A, the defined terms below shall have the following meanings:

<u>Article 9</u>  means Article 9 of the Uniform Commercial Code.

<u>Credit Agreement</u>  means that certain Credit and Security Agreement (and Guaranty Agreement), dated on or about October 3, 2003 among Debtor, certain subsidiaries and/or affiliates of Debtor, Secured Party and the lenders party thereto, as amended, restated, replaced, modified or supplemented from time to time.