**Piper Rudnick**



One International Place, 21st Floor
Boston, Massachusetts 02110-2613
*main* 617.406.6000 *fax* 617.406.6100

E. RANDOLPH TUCKER
randy.tucker@piperrudnick.com
*direct* 617.406.6032

March 31, 2004

HAND DELIVERY

Ms. Maryellen Molloy
Courtroom Clerk
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4130
Boston, MA  02210

    Re:    <u>Krzastek v. Modern Construction Co., Inc.</u>
            Misc. Business Docket No. 1:04-MC-10079

Dear Ms. Molloy:

    This firm represents St. Paul Fire and Marine Insurance Co. ("St. Paul"). Please bring this letter to Judge Gertner's attention.

    St. Paul has just been notified of the entry of an ex parte order by Judge Gertner in this matter ordering payment to the plaintiff of approximately $3.2 million from accounts held by Modern Continental at Fleet Bank. We have also been notified by Modern Continental of an emergency motion to stay the order of payment temporarily.

    St. Paul holds rights in all of Modern Continental's funds and accounts under the Uniform Commercial Code and under its subrogation rights, which are superior to the rights of Modern Continental and to those of the plaintiff in the attached bank accounts at issue.

    Accordingly, St. Paul has a vital interest in the outcome of this matter and intends to file a motion to intervene and related pleadings in support of the motion to stay the order of payment.

    If the Court intends to hold any hearing in this matter, St. Paul requests that it be scheduled not earlier than tomorrow afternoon (the afternoon of Thursday, April 1) so that our papers can be before the Court. We also request telephone notice of any hearing.

Bost 297982 v1
4523-732
*Piper Rudnick LLP*

**Piper Rudnick**

Ms. Maryellen Molloy<br>
March 31, 2004<br>
Page 2

  I would appreciate your bring this letter to the attention of Judge Gertner as soon as possible.

Sincerely,<br>
<br>
E. Randolph Tucker

ERT/jmm

cc: Michael D. Vhay, Esq.
   Richard M. Kremen, Esq.
   Eric F. Eisenberg, Esq.
   Windy L. Rosebush, Esq.