UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK, | ) |
| Plaintiff, | ) |
| v. | ) Miscellaneous Business Docket |
| | ) No. 1:04-mc-10079 |
| MODERN CONTINENTAL CONSTRUCTION CO., INC., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and Counsel of Record:**

Please enter the appearance of David E. Lurie and Thomas E. Lent, Lurie & Krupp, LLP as counsel for and on behalf of the plaintiff, Walter R. Krzastek, in the above captioned action.

WALTER R. KRZASTEK,
By his attorneys,

_____
David E. Lurie, B.B.O. # 542030

_____
Thomas E. Lent, B.B.O. #644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. (617) 367-1970

Date: April 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2004, I caused a true copy of the above document to be served by hand upon the following parties:

Eric F. Eisenberg, Esq.
Hinckley, Allen and Snyder, LLP
28 State Street
Boston, MA 02109
*Counsel for Modern Continental*
*Construction, Co., Inc.*

Michael David Vhay, Esq.
Piper Rudnick, LLP
One International Place
Boston, MA 02110
*Counsel for St. Paul Fire*
*and Marine Insurance Company*

Charles L. Solomont, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
*Counsel for Fleet Boston N.A.*

Thomas E. Lent