UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK,<br><br>    Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL CONSTRUCTION CO., INC.,<br><br>    Defendant. | Miscellaneous Business Docket No.<br>1:04-mc-10079 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Due to a conflict which has arisen, I am required to withdraw my appearance as counsel for the Plaintiff, Walter R. Krzastek, in this matter. The Plaintiff has been notified and has assented to this withdrawal. David Lurie and Thomas Lent of Lurie & Krupp, One McKinley Square, Boston, MA 02109 are entering their appearance simultaneously on behalf of the Plaintiff.

*[signature]*
Windy L. Rosebush (BBO No. 636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Date: April 12, 2004