UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK, <br><br> Plaintiff, <br><br> v. <br><br> MODERN CONTINENTAL CONSTRUCTION CO., INC., <br><br> Defendant. | Miscellaneous Business Docket <br> No. 1:04-mc-10079 |

## ASSENTED TO MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTION TO DISSOLVE TRUSTEE EXECUTION AND MOTION OF RELIEF FROM EX-PARTE TRUSTEE EXECUTION

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1(B)(2), plaintiff Walter R. Krzastek hereby moves for a one (1) week extension of time until April 21, 2004 to file his oppositions to the Motion of St. Paul Fire and Marine Insurance Company to Dissolve Trustee Execution and Motion of Relief from Ex-Parte Trustee Execution filed by Fleet Boston N.A. ("Fleet"). Plaintiff moves for a one (1) week extension as his undersigned successor counsel was retained to represent Plaintiff in this case on or about April 9, 2004. A one (1) week extension will allow Plaintiff's counsel to prepare oppositions to these pending Motions.

For these reasons, Plaintiff respectfully requests that the Court order that the time for Plaintiff to file an Opposition to the Motion of St. Paul Fire and Marine Insurance Company to Dissolve Trustee Execution and Fleet's Motion of Relief from Ex-Parte Trustee Execution shall be extended to April 21, 2004.

1

| | |
|---|---|
| WALTER R. KRZASTEK, | FLEET BOSTON N.A. |
| By his attorneys, | By its attorneys, |
| *[signature]* | *[signature]* Charles L. Solomont /TEL |
| David E. Lurie (BBO# 542030)<br>Thomas E. Lent (BBO# 644970)<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA 02109<br>(617) 367-1970 | Charles L. Solomont, (BBO# 557190)<br>Bingham McCutchen, LLP<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 |

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

By its attorneys,

*[signature]* Michael David Vhay /TEL

Michael David Vhay, (BBO#566444)
Piper Rudnick LLP
One International Place
Boston, MA 02110
(617) 406-6000

Dated: April 12, 2004

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certify that counsel have conferred with respect to this motion. St. Paul Fire and Marine Insurance Company and Fleet Boston N.A., through their counsel, assent to this motion.

*[signature]*
David E. Lurie

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2004, I caused a true copy of the above document to be served by hand upon the following parties:

Eric F. Eisenberg, Esq.
Hinckley, Allen and Snyder, LLP
28 State Street
Boston, MA 02109
*Counsel for Modern Continental
Construction, Co., Inc.*

Michael David Vhay, Esq.
Piper Rudnick, LLP
One International Place
Boston, MA 02110
*Counsel for St. Paul Fire
and Marine Insurance Company*

Charles L. Solomont, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
*Counsel for Fleet Boston N.A.*

_____
Thomas E. Lent