UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR 26  P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| WALTER R. KRZASTEK, <br><br> Plaintiff, <br><br> v. <br><br> MODERN CONTINENTAL CONSTRUCTION CO., INC., <br><br> Defendant. | Miscellaneous Business Docket <br> No. 1:04-mc-10079 |

**JOINT EMERGENCY MOTION TO EXTEND**
**STAY AND DEFER ACTION ON PENDING MOTIONS**

Plaintiff Walter R. Krzastek ("Plaintiff" or "Krzastek"), Defendant Modern Continental

Construction Co., Inc. ("Modern"), and non-party movants Fleet Bank, N.A. ("Fleet") and St.

Paul Fire and Marine Insurance Company and certain of its affiliates ("St. Paul") hereby move,

pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1(A), that the Court:

1)      Extend to and including May 4, 2004 the stay imposed by Paragraph One of the

Court's Order of April 1, 2004; and

2)      Defer action on Fleet's Motion for Relief from Ex Parte Trustee Execution and St.

Paul's Motion to Dissolve Trustee Execution until May 4, 2004.

A form of Proposed Order is attached hereto for the Court's convenience.

IN SUPPORT OF THEIR MOTION, the parties, Fleet and St. Paul state as follows:

1)      On March 25, 2004, this Court issued a Trustee Execution in connection with an

underlying default judgment by Krzastek against Modern which had been entered in the United

#482797 v1

States District Court for the District of New Jersey (the "Default Judgment" and "Trustee

Execution," respectively).

2)       On April 1, 2001, this Court, on Motion by Modern, stayed, for thirty (30) days,

payment of the Default Judgment by Fleet Bank pursuant to the Trustee Execution. The Court

further Ordered that it "would hear further Motions with respect to the validity of the Trustee

Execution in the event that . . . the District Court for New Jersey denies [Modern's] to be filed

Motion for Relief from Judgment." See April 1, 2004 Order, a copy of which is attached hereto

for the Court's ease of reference.

3)       On or about April 1, 2004, St. Paul filed with this Court its Motion to Dissolve

Trustee Execution and Fleet filed with this Court its Motion for Relief from Ex Parte Trustee

Execution.

4)       On April 21, 2004, Plaintiff filed its Opposition to St. Paul's and Fleet's Motions.

5)       Also on April 21, 2004, Modern filed with the District Court for New Jersey, its

Motion for Relief from Judgment and supporting papers.

6)       On April 22, 2004, District Judge Pisano, of the United States District Court for

the District of New Jersey, held a preliminary hearing on Modern's Motion for Relief from

Judgment. Counsel for Plaintiff Krzastek was present during said hearing.

7)       At the conclusion of the initial hearing, Judge Pisano scheduled a Settlement

Conference between Plaintiff Krzastek and Modern for May 3, 2004 at 10:00 a.m.. Judge Pisano

also requested that Plaintiff Krzastek and his attorneys agree not to take any further action to

enforce the Trustee Execution prior to May 4, 2004. Counsel for Plaintiff Krzastek agreed to

Judge Pisano's request.

#482572 v1

## CONCLUSION

For the foregoing reasons, Plaintiff, Modern, Fleet, and St. Paul, hereby jointly request that the Court:

1)    Extend to and including May 4, 2004 the stay imposed by Paragraph One of the Court's Order of April 1, 2004; and

2)    Defer action on Fleet's Motion for Relief from Ex Parte Trustee Execution and St. Paul's Motion to Dissolve Trustee Execution until May 4, 2004.

Respectfully submitted,

**Modern Continental Construction Co., Inc.**
By its attorneys,

Joel Lewin, BBO# 298040
Eric F. Eisenberg, BBO# 544682
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
Telephone:  617-345-9000

**Walter R. Krzastek,**
By his attorneys,

David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Telephone:  617-367-1970

**St. Paul Fire and Marine Insurance Company**
By its attorneys

3

#482572 v1

_Michael D. Vhay /(EFE)_

Michael D. Vhay, BBO# 566444
Piper Rudnick LLP
One International Place
Boston, MA  02110
Telephone:  617-406-6000

**Fleet Boston N.A.**
By its attorneys,

_Charles L. Solomont /(EFE)_

Charles L. Solomont, BBO#557190
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110-1726
Telephone:  617-951-8000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, ~~by hand delivery~~/by United States Mail, postage prepaid and correctly addressed this 26th day of April, 2004.

4

#482572 v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER R. KRZASTEK,                 )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        Miscellaneous Business Docket
                                    )        No. 1:04-mc-10079
MODERN CONTINENTAL                  )
CONSTRUCTION CO., INC.,             )
                                    )
            Defendant.              )

## ORDER

There came before the Court the Parties' Joint Emergency Motion to Extend Stay of Execution, etc., and said Motion having been duly CONSIDERED, it is hereby ORDERED and ADJUDGED:

1.      That the stay imposed by Paragraph One of the Court's Order of April 1, 2004 shall be extended to and including May 4, 2004; and

2.      That the Court will not take further action with regard to Fleet National Bank's Motion for Relief From Ex-Parte Execution or St. Paul Fire and Marine Insurance Company's Motion to Dissolve Trustee Execution prior to May 4, 2004.


_____
The Honorable Nancy Gertner, District Judge

#482797 v1