UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WALTER R. KRZASTEK,<br><br>   Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL<br>CONSTRUCTION CO., INC.,<br><br>   Defendant. | Miscellaneous Business Docket<br>No. 1:04-mc-10079 |

## JOINT EMERGENCY MOTION TO FURTHER EXTEND STAY AND DEFER ACTION ON PENDING MOTIONS

Plaintiff Walter R. Krzastek ("Plaintiff" or "Krzastek"), Defendant Modern Continental Construction Co., Inc. ("Modern"), and non-party movants Fleet Bank, N.A. ("Fleet") and St. Paul Fire and Marine Insurance Company and certain of its affiliates ("St. Paul") hereby move, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 7.1(A), that the Court:

1) Extend to and including May 18, 2004 the stay imposed by Paragraph One of the Court's Order of April 1, 2004; and

2) Defer action on Fleet's Motion for Relief from Ex Parte Trustee Execution and St. Paul's Motion to Dissolve Trustee Execution until May 18, 2004.

A form of Proposed Order is attached hereto for the Court's convenience.

IN SUPPORT OF THEIR MOTION, the parties, Fleet and St. Paul state as follows:

1) On March 25, 2004, this Court issued a Trustee Execution in connection with an underlying default judgment by Krzastek against Modern which had been entered in the United

#483985 v1

States District Court for the District of New Jersey (the "Default Judgment" and "Trustee Execution," respectively).

2) On April 1, 2001, this Court, on Motion by Modern, stayed, for thirty (30) days, payment of the Default Judgment by Fleet Bank pursuant to the Trustee Execution. The Court further Ordered that it "would hear further Motions with respect to the validity of the Trustee Execution in the event that . . . the District Court for New Jersey denies [Modern's] to be filed Motion for Relief from Judgment."

3) On or about April 1, 2004, St. Paul filed with this Court its Motion to Dissolve Trustee Execution and Fleet filed with this Court its Motion for Relief from Ex Parte Trustee Execution.

4) On April 21, 2004, Plaintiff filed its Opposition to St. Paul's and Fleet's Motions.

5) Also on April 21, 2004, Modern filed with the District Court for New Jersey, its Motion for Relief from Judgment and supporting papers.

6) On April 22, 2004, District Judge Pisano, of the United States District Court for the District of New Jersey, held a preliminary hearing on Modern's Motion for Relief from Judgment. Counsel for Plaintiff Krzastek was present during said hearing.

7) At the conclusion of the initial hearing, Judge Pisano scheduled a Settlement Conference between Plaintiff Krzastek and Modern for May 3, 2004 at 10:00 a.m.. Judge Pisano also requested that Plaintiff Krzastek and his attorneys agree not to take any further action to enforce the Trustee Execution prior to May 4, 2004. Counsel for Plaintiff Krzastek agreed to Judge Pisano's request.

8) The parties reached agreement on settlement terms at the May 3, 2004 Settlement Conference and require at least an additional week to formalize the settlement of this action and the New Jersey action.

## CONCLUSION

For the foregoing reasons, Plaintiff, Modern, Fleet, and St. Paul, hereby jointly request that the Court:

1) Extend to and including May 18, 2004 the stay imposed by Paragraph One of the Court's Order of April 1, 2004; and

2) Defer action on Fleet's Motion for Relief from Ex Parte Trustee Execution and St. Paul's Motion to Dissolve Trustee Execution until May 18, 2004.

Respectfully submitted,

**Modern Continental Construction Co., Inc.**
By its attorneys,

_____
Joel Lewin, BBO# 298040
Eric F. Eisenberg, BBO# 544682
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Telephone: 617-345-9000

**Walter R. Krzastek,**
By his attorneys,

_____
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Telephone: 617-367-1970

#483985 v1

3

**St. Paul Fire and Marine Insurance Company**
By its attorneys

_____ /(EFE)
Michael D. Vhay, BBO# 566444
Piper Rudnick LLP
One International Place
Boston, MA  02110
Telephone: 617-406-6000

**Fleet Boston N.A.**
By its attorneys,

_____ /(EFE)
Charles L. Solomont, BBO#557190
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110-1726
Telephone: 617-951-8000

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, ~~by hand delivery~~/by United States Mail, postage prepaid and correctly addressed this 11th day of May, 2004.

_____

#483985 v1

4