UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK,<br><br>Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL<br>CONSTRUCTION CO., INC.,<br><br>Defendant. | Miscellaneous Business Docket<br>No. 1:04-mc-10079 |

## ORDER

There came before the Court the Parties' May 11, 2004 Joint Emergency Motion to Further Extend Stay of Execution, etc., and said Motion having been duly CONSIDERED, it is hereby ORDERED and ADJUDGED:

1. That the stay imposed by Paragraph One of the Court's Order of April 1, 2004 shall be extended to and including May 18, 2004; and

2. That the Court will not take further action with regard to Fleet National Bank's Motion for Relief From Ex-Parte Execution or St. Paul Fire and Marine Insurance Company's Motion to Dissolve Trustee Execution prior to May 18, 2004.

_____
The Honorable Nancy Gertner, District Judge

#483985 v1