UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WALTER R. KRZASTEK,<br><br>Plaintiff,<br><br>v.<br><br>MODERN CONTINENTAL<br>CONSTRUCTION CO., INC.,<br><br>Defendant. | Miscellaneous Business Docket<br>No. 1:04-mc-10079 |

### ORDER

There came before the Court the Parties' Joint Emergency Motion to Extend Stay of Execution, etc., and said Motion having been duly CONSIDERED, it is hereby ORDERED and ADJUDGED:

1. That the stay imposed by Paragraph One of the Court's Order of April 1, 2004 shall be extended to and including May 11, 2004; and

2. That the Court will not take further action with regard to Fleet National Bank's Motion for Relief From Ex-Parte Execution or St. Paul Fire and Marine Insurance Company's Motion to Dissolve Trustee Execution prior to May 11, 2004.

_____
The Honorable Nancy Gertner, District Judge

#483985 v1