UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER R. KRZASTEK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MODERN CONTINENTAL )<br>CONSTRUCTION CO., INC., )<br>)<br>Defendant. )<br>) | Miscellaneous Business Docket<br>No. 1:04-mc-10079 |

## STIPULATION OF DISMISSAL

The parties hereto hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the within action be dismissed without prejudice, without costs and with all rights of appeal waived.

                                              **Modern Continental Construction Co., Inc.**
                                              By its attorneys,

                                              _____
                                              Joel Lewin, BBO# 298040
                                              Eric F. Eisenberg, BBO# 544682
                                              Hinckley, Allen & Snyder LLP
                                              28 State Street
                                              Boston, MA 02109
                                              Telephone: 617-345-9000

**Walter R. Krzastek,**
By his attorneys,

_Thomas E. Lent/ (EFE)_
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Telephone: 617-367-1970

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by United States Mail, postage prepaid and correctly addressed this ___ day of May, 2004.